UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ELETSON HOLDINGS, INC., *et al.*,<br><br>    Debtors[1] | Case No. 1:24-cv-08672-LJL |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Eletson Holdings, Inc., and because they were parties in the District Court proceeding, Eletson Finance (US) LLC and Agathonissos Finance LLC (together, "Appellants"), hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the judgment on December 30, 2024 (ECF Nos. 19 and 20) entering and granting the *Stipulation And Agreement To Dismiss Appeal Under Rule 8023 Of The Federal Rules Of Bankruptcy Procedure* (ECF No. 9) (the "Stipulation of Dismissal"), thereby dismissing the action, as well as each and every holding, ruling, finding, and order preceding that judgment, including but not limited to each and every holding, ruling, finding, and order set out in the transcript of the District Court proceedings relating to this matter dated December 23, 2024. Appellants further appeal each and every holding, ruling, finding, and order within the Stipulation of Dismissal and judgment, including but not limited to the determination that the Stipulation of Dismissal was voluntarily consented to by all parties who appeared and

---

[1] The Debtors in these chapter 11 cases are: Eletson Holdings, Inc., Eletson Finance (US) LLC, and Agathonissos Finance LLC.

- 2 -

the determination that the dismissal could be entered without having provided an opportunity for briefing of the issues.

Dated: <u>January 16, 2025</u>

          **RIMÔN, P.C.**

          By:    <u>*/s/ Michael S. Lazaroff*</u>

          Michael S. Lazaroff
          400 Madison Ave, Suite 11D
          New York NY 10017
          P: 646.738.4151
          michael.lazaroff@rimonlaw.com

          Anthony C. Acampora
          100 Jericho Quadrangle, Suite 300
          Jericho, New York 11753
          (516) 479 – 6300
          anthony.acampora@rimonlaw.com

          *Counsel for Appellant Eletson Holdings, Inc.*

          **REED SMITH LLP**

          By:  <u>Louis M. Solomon</u>
          Louis M. Solomon
          Colin A. Underwood
          599 Lexington Avenue
          New York, New York 10022
          Tel: (212) 521-5400
          Fax: (212) 521-5450
          lsolomon@reedsmith.com
          cunderwood@reedsmith.com

          *Counsel for Appellants.*