```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
In re:                                                         :
ELETSON HOLDINGS INC., et al.,                                 :
                          Debtors.                             :
                                                               :          24-cv-08672 (LJL)
                                                               :
                                                               :                ORDER
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record during the hearing on February 14, 2025, the Court GRANTS the joint motion at Dkt. No. 27.  The Court grants the joint motion to strike the appearances of attorneys for Rimon P.C. at Dkt. Nos. 22, 23, and the joint motion to strike the appeal.  In the alternative, the Court issues an indicative ruling under Federal Rule of Civil Procedure 62.1(a) and Federal Rule of Appellate Procedure 12.1 to the effect that the notice of appeal at Dkt. No. 24 should be stricken and the appeal should be dismissed.

The Court DENIES the motion at Dkt. No. 43 to strike the stipulation and agreement to dismiss the bankruptcy appeal at Dkt No. 31.

The Clerk of Court is respectfully directed to close Dkt. Nos. 27 and 43.

SO ORDERED.

Dated: February 14, 2025
       New York, New York
                                                         _____
                                                                  LEWIS J. LIMAN
                                                              United States District Judge