UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/22/2025
```

------------------------------------------------------------------------X
:
:                                           24-cv-08672 (LJL)
In re:                                    : 25-cv-01312 (LJL)
:                                           25-cv-01685 (LJL)
ELETSON HOLDINGS INC., et al.,            : 25-cv-02789 (LJL)
:                                           25-cv-02811 (LJL)
                    *Debtors*.            : 25-cv-02824 (LJL)
:                                           25-cv-02897 (LJL)
:                                           25-cv-05753 (LJL)
------------------------------------------------------------------------X 25-cv-06164 (LJL)
                                            25-cv-06182 (LJL)
                                            25-cv-06220 (LJL)
                                            25-cv-06240 (LJL)
                                            25-cv-06316 (LJL)
                                            25-cv-06716 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The above-captioned appeals from the United States Bankruptcy Court are currently pending before the Court. The Court intends to hear and resolve as many of the appeals as possible on a consolidated basis by, for example, hearing at the same time the appeals from the same order filed by different parties or from an order imposing sanctions at the same time it hears the appeal from the order whose alleged violation led to the sanctions. The Court further notes that the motions to dismiss the appeals from the Bankruptcy Court filed by Eletson Holdings in Case Nos. 25-cv-0132, 25-cv-01685, and 25-cv-02824 are fully briefed and ready

for consideration and that the appeals from the Bankruptcy Court in Case Nos. 25-cv-02824 and 25-cv-02897 are fully briefed and ready for consideration.

The parties are ORDERED to submit any request for oral argument on the pending motions by August 29, 2025. In the interest of judicial economy, parties in all captioned cases are advised by that same date to advise how argument may be consolidated to address all related issues in a timely and economical fashion.

SO ORDERED.

Dated: August 22, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge